# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 28, 2022

Lyle W. Cayce
Clerk

No. 20-11204
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANDRECO LOTT,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CR-177-6

Before HIGGINBOTHAM, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Andreco Lott, federal prisoner # 27068-177, appeals the denial of his motion for compassionate release. *See* 18 U.S.C. § 3582(c)(1)(A). The district court denied Lott's motion without the benefit of intervening Fifth Circuit authority. Therefore, we VACATE the district court's order and

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-11204

REMAND for further consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021).

To the extent Lott's brief on appeal re-urges his motion for appointment of counsel, that motion is DENIED.